Frederick M. Heiser, Bar No. 232582
fheiser@klinedinstlaw.com
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592

Emily J. Atherton, Bar No. 239837
eatherton@klinedinstlaw.com
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, California 90017
(213) 406-1100 /FAX (213) 406-1101

JS-6

Attorneys for Defendant
CIRCLE K STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKER GARABETIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CIRCLE K STORES, INC., AND DOES 1 TO 10, INCLUSIVE,<br><br>    Defendants. | Case No. 2:21-cv-06861 JFW (PVCx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT** |

## ORDER

The Court having reviewed the stipulation and good cause appearing, orders as follows:

1.   The stipulation between Plaintiff Zaker Garabetian and Defendant Circle K Stores, Inc. is approved;

2.   Central District of California case number Case No. 2:21-cv-06861 is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED

Dated: September 3, 2021

_____
UNITED STATES DISTRICT JUDGE

[ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT]